IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Rene Hale Shelley, Individually and as ) | | C/A: 3:15-4989-JFA |
| Personal Representative of the Estate of ) | | |
| Michael Mann Lindler, ) | | ORDER SETTING |
| ) | | PRETRIAL CONFERENCE |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| Travis T. Blackwelder, ) | | |
| ) | | |
| Defendant. ) | | |
| _____ ) | | |

In this recently filed action, the Court wishes to conduct a pretrial conference with the attorneys of record pursuant to Rule 16 of the Federal Rules of Civil Procedure. The Court will conduct the conference, in chambers, on Thursday, January 28, 2016 at 10:30 a.m. in the Matthew J. Perry, Jr. Federal Courthouse, 901 Richland Street, Columbia, South Carolina.

Matters to be taken up at the conference will include all those items identified in Rule 16(a) and (c).

At the conclusion of the conference, the Court will announce certain deadlines to be met for the duration of this case and a written scheduling order will be entered.

IT IS SO ORDERED.

January 19, 2015                                                     Joseph F. Anderson, Jr.
Columbia, South Carolina                                     United States District Judge